An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

IN THE SUPREME COURT OF THE STATE OF NEVADA

RENARD TRUMAN POLK,
                    Appellant,
                vs.
THE STATE OF NEVADA; PERSHING
COUNTY; THE STATE OF NEVADA
BOARD OF PAROLE
COMMISSIONERS; CLARK COUNTY;
AND ROBERT LEGRAND,
                    Respondents.

No. 68169

FILED

JUL 0 1 2015

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY
    DEPUTY CLERK



## ORDER DISMISSING APPEAL

This is an appeal from an order granting a motion to dismiss. Sixth Judicial District Court, Pershing County; Michael Montero, Judge. Appellant is proceeding in pro se pursuant to this court's pilot program for civil litigants proceeding without counsel.

Our review of the documents submitted to this court pursuant to NRAP 3(g) reveals a jurisdictional defect. Specifically, the notice of appeal is untimely filed under NRAP 4(a) because it was filed more than thirty days after service of written notice of entry of the judgment or order. *See* NRAP 4(a)(1); NRAP 26(c). Written notice of entry of the order was served on September 20, 2013; the notice of appeal was filed June 4, 2015. Accordingly, we lack jurisdiction over this appeal and we

ORDER this appeal DISMISSED.

_____, J.
Parraguirre

_____, J.
Douglas

_____, J.
Cherry

SUPREME COURT
OF
NEVADA

(O) 1947A

15-20037

cc: Hon. Michael Montero, District Judge
    Renard Truman Polk
    Attorney General/Carson City
    Pershing County Clerk